**From:** c5757hhjju@proton.me
**To:**
**Subject:** Genesys Email Journal
**Date:** Monday, January 6, 2025 1:48:42 AM
**Attachments:** MING_SHEN_CHENG.pdf
MING_SHEN.pdf

---

| Property: | Value |
|---|---|
| Secure_Mail | CWPRTL |
| SCH_LOB | Global |
| BRKR_ACCT_DOMCL_BRCH_CD | EO |
| BRKR_ACCT_ROLE_TITLE_CD | IND |
| PARENT_IXN_ID | 002DWaKQCU50AWAA |
| AGENT_INITIATED | NO |
| EMAIL_SUBTYPE | InboundNew |
| CUST_FIRST_NAME | MING-SHEN |
| FINAL_INTERACTION | YES |
| BRKR_ACCT_ID | 24028688 |
| ATTACHMENT_NAMES | MING_SHEN_CHENG.pdf; MING_SHEN.pdf |
| browser | Mozilla/5.0 (Linux; Android 10; K) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.0.0 Mobile Safari/537.36 |
| US_IND | N |
| SCH_CHANNEL | CWP-RTL |
| RPS_CEM_CUST_ID | 65020431 |
| IXN_SUBJECT | Transfer your Account to |
| CUST_EMAIL | c5757hhjju@proton.me |
| CUST_FULL_NAME | MING-SHEN CHENG |
| EMAIL_TYPE | Inbound |
| REQUESTER_EMAIL_ADDRESS | c5757hhjju@proton.me |
| BRKR_ACCT_SEGMENT_CD | EICXX |
| BRKR_ACCT_PROD_NAME | ONE INTERNATIONAL |
| CUST_LAST_NAME | CHENG |
| CEM_CUST_ID | 65020431 |
| BRKR_ACCT_OVERLAY | PREF INTL |
| ACCT_ID_SELECTED | 24028688 |
| FirstName | MING-SHEN |
| BRKR_ACCT_DOMCL_BRCH_NM | INTERNATIONAL CDT EMEA |
| BRKR_ACCT_PROD_CD | SINTL |
| BRKR_CUST_ID | 65020431 |
| ATTACHMENT_NUM_SENT | 2 |
| EmailAddress | c5757hhjju@proton.me |
| CUST_TYPE_CD | IND |
| Subject | Transfer your Account to |
| IXN_VQ | VQ_Email_ICS_INTL_CUST_SVC_Attachments |
| CURRENT_IXN_ID | 002DWaKQCU50AWAA |
| LastName | CHENG |
| TXPYR_CUST_ID | 65020431 |
| BRKR_ACCT_REG_TYPE_CD | IN |
| Secure_Interaction | YES |
| SWB_ORG_CD | 4INNN |

To: secure_international
From: c5757hhjju@proton.me
Date Sent: 2025-01-06T07:48:42
Subject: Transfer your Account to

*I have submitted the transfer form and account statement to initiate the process of transferring my account to Please assist with the processing. Should you have any questions, feel free to contact me at any time. Thank you!*