**From:** c5757hhjju@proton.me
**To:**
**Subject:** Genesys Email Journal
**Date:** Wednesday, January 15, 2025 7:53:27 PM

| Property: | Value |
|---|---|
| ACCT_ID_SELECTED | 24028688 |
| BRKR_ACCT_DOMCL_BRCH_CD | EO |
| BRKR_ACCT_DOMCL_BRCH_NM | INTERNATIONAL CDT EMEA |
| BRKR_ACCT_ID | 24028688 |
| BRKR_ACCT_OVERLAY | PREF INTL |
| BRKR_ACCT_PROD_CD | SINTL |
| BRKR_ACCT_PROD_NAME | |
| BRKR_ACCT_REG_TYPE_CD | IN |
| BRKR_ACCT_ROLE_TITLE_CD | IND |
| BRKR_ACCT_SEGMENT_CD | EICXX |
| BRKR_CUST_ID | 65020431 |
| CEM_CUST_ID | 65020431 |
| CUST_EMAIL | c5757hhjju@proton.me |
| CUST_FIRST_NAME | MING-SHEN |
| CUST_FULL_NAME | MING-SHEN CHENG |
| CUST_LAST_NAME | CHENG |
| CUST_TYPE_CD | IND |
| EmailAddress | c5757hhjju@proton.me |
| FirstName | MING-SHEN |
| LastName | CHENG |
| REQUESTER_EMAIL_ADDRESS | c5757hhjju@proton.me |
| SCH_CHANNEL | MO |
| SCH_LOB | Global |
| SWB_ORG_CD | 4INNN |
| Secure_Interaction | YES |
| Secure_Mail | MOB |
| Subject | Account Inquiry |
| TXPYR_CUST_ID | 65020431 |
| US_IND | N |

To: secure_international
From: c5757hhjju@proton.me
Date Sent: 2025-01-16T01:53:27
Subject: Account Inquiry

*As for my position has been successfully transferred to my account.I am very appreciate with high efficient of After a hold these position for a period. I am planing to sell it. Before I sell it I want to confirm. Does any sell restriction on my account?*