**For Internal Use Only**

Created: 01/30/2025 06:12 PM ET
Expires: Permanent

DO NOT DISCLOSE *COURT ORDER* Account restricted. No activity allowed. Please contact with any questions (internal use only).

**For Internal Use Only**

Created: 01/30/2025 03:02 PM ET
Expires: Permanent

Client has been informed that is now exercising its right to close the account(s) due to a business decision (see OnDemand, Letters-ALL folder, Search by Cust ID). Please allow transfers and disbursements from the account(s). It is OK to discuss this information with the client. Please refer to Knowledge Center FAQs under

Created: 01/23/2025 12:22 AM ET
Expires: Permanent

**DO NOT REMOVE SUITABILITY BLOCK***See TD-2133077 Affiliate/10% shareholder block added for China Liberal Ed Hldgs CLEU Any questions reach out to Restricted Stock Services