**From:** c5757hhjju@proton.me
**To:** Restricted Stock
**Subject:** RE: About account be restriced
**Date:** Monday, February 24, 2025 1:56:39 PM

---

Hello

When can release my account ? If my account still not be release . I want to move my position to my another brokerage account . Please let me know what I can do now?

Cheng

通过 Proton Mail 安全邮箱发送

2025年2月6日 星期四 上午 3:10，c5757hhjju@proton.me <c5757hhjju@proton.me> 来信：

> Hello Deanna
>
> My account No. 24028688. Owing to current situation. I want to transfer my position and cash to another brokerage account under my name.
>
> please proceed my transfer .
>
> Cheng
>
> 通过 Proton Mail 安全邮箱发送
>
> 2025年2月4日 星期二 上午 12:17，Restricted Stock <RestrictedStock( 来信：
>
> > Dear Cheng, Ming-Shen,
> >
> > I am not able to find your account with the information you provided. Please provide your eight digit account number.
> >
> > Thank you,

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited. If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

---

**From:** c5757hhjju@proton.me <c5757hhjju@proton.me>
**Sent:** Friday, January 31, 2025 3:24 PM
**To:** Restricted Stock
**Subject:** About account be restriced

hello

I want to withdraw the money in my account and transfer my positions, but now I find that my account is restricted. Please help me find out what caused the restriction and when my account can work normally.

CHENG,MING-SHEN

**通**过 Proton Mail **安全**邮箱发送。